■ In the Matter of DORRIT WOHL et al., Appellants, v WILLIAM MILLER et al., and BOARD OF ELECTIONS IN THE CITY OF NEW YORK et al., Respondents. — Judgment, Supreme Court, Bronx

County (Orest V. Maresca, J.), entered on or about August 21, 1984, unanimously affirmed, without costs and without disbursements. No opinion. Concur — Silverman, J. P., Fein, Kassal and Alexander, JJ.